**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Aniceto Beltran VARGAS,**
**Defendant–Appellant.**

**No. 13–10260**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, William Ernest Hermesmeyer, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before DAVIS, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Aniceto Beltran Vargas raises an argument that he concedes is foreclosed by *United States v. Rhine*, 583 F.3d 878, 891 & n. 50 (5th Cir.2009), which held that a sentencing judge may find by a preponderance of the evidence all the facts necessary to the determination of a sentencing guidelines range. *See also United States v. Stevens*, 487 F.3d 232, 246 (5th Cir.2007); *United States v. Johnson*, 445 F.3d 793, 798 (5th Cir.2006). The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.